■ In the Matter of CHARLES HILI, Appellant, v NEW YORK STATE BOARD OF PAROLE, Respondent. [614 NYS2d 329] —Appeal from a judgment of the Supreme Court (Berke, J.), entered

September 10, 1993 in Washington County, which dismissed petitioner's application, in a proceeding pursuant to CPLR article 78, to review a determination of respondent denying petitioner release on parole.

Judgment affirmed, upon the opinion of Justice Philip A. Berke.

Mikoll, J. P., Crew III, White, Casey and Peters, JJ., concur. Ordered that the judgment is affirmed, without costs.